## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GREGORY ERNEST PATE, *pro se*,

    Plaintiff(s),

v.                                                     Case No:  8:07-CV-2314-T-30TGW

CLERK OF THE COURT, 10TH
JUDICIAL CIRCUIT, et al.,

    Defendant(s).

_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #7). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #7) of the Magistrate Judge is adopted,

confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.       The Complaint (Dkt. #1) is DISMISSED.

3.       Plaintiff shall have thirty (30) days from the date of entry of this Order to file an Amended Complaint, should he wish to do so.  If an Amended Complaint is not timely filed, this case will be closed without further notice.

4.       The Court will defer ruling on any pending motions until the initial screening of any Amended Complaint filed by the Plaintiff.

**DONE** and **ORDERED** in Tampa, Florida on April 28, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Even\2007\07-cv-2314.adopt 7.wpd